UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CLIPPER SHIPPING LINES LTD.,

                Plaintiff,

- against -

GLOBAL TRANSPORTE OCEANICO S.A.,

                Defendant.
------------------------------------------------------X

JUDGE LEISURE

06 CV 15299

ECF CASE

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: December 19, 2006
New York, NY

                The Plaintiff,
                CLIPPER SHIPPING LINES LTD.

                By: _____
                Nancy R. Peterson (NP 2871)
                Patrick F. Lennon (PL 2162)
                Lauren C. Davies (LD 1980)
                TISDALE & LENNON, LLC
                11 West 42nd Street, Suite 900
                New York, NY 10036
                (212) 354-0025 (Phone)
                (212) 869-0067 (Fax)
                plennon@tisdale-lennon.com
                ldavies@tisdale-lennon.com
                npeterson@tisdale-lennon.com