JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
CLIPPER SHIPPING LINES LTD.,                06 CV 15299

               Plaintiff,                    ECF CASE

      - against -

GLOBAL TRANSPORTE OCEANICO S.A.,

               Defendant.
------------------------------------------------------------X

### AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut    )
                          ) ss.: Town of Southport
County of Fairfield     )

        LAUREN C. DAVIES, having been duly sworn, deposes and states the following under oath:

        1.    I am a member in good standing of the Bar of this Court and am a partner in the law firm of Tisdale & Lennon, LLC, which represents the interests of the Plaintiff herein. I am familiar with the facts of this matter and make this Affidavit in support of the Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

        2.    I have attempted to locate the Defendant, GLOBAL TRANSPORTE OCEANICO S.A. within this District. As part of my investigation to locate the Defendant within this District, I conducted a search of the Internet at www.yahoo.com and www.google.com and failed to ascertain any website believed to belong to Defendant.

        3.    I also reviewed the telephone company information directory maintained on the World Wide Web or Internet, as well as the white and yellow pages to determine if there were

any listings for the Defendant in any of the counties within this District (e.g., Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan and Westchester) and did not find any listing for the Defendant. Finally, I reviewed online information for the Department of State for the State of New York, which did not contain any listing for a company with the Defendant's name, or any similar name, with a presence within the Southern District of New York.

4. I submit based on the foregoing that the Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims

5. Upon information and belief, the Defendant has, or will have during the pendency of this action, property, goods, chattels or credits and effects within the District in the hands of garnishees including, but not limited to ABN-Amro, HSBC (USA), Bank of America, Wachovia, Citibank, American Express Bank, J.P. Morgan Chase, Bank of New York and/or Standard Chartered Bank.

6. This is the Plaintiff's first request for this relief to this or any other court.

Dated:    Southport, Connecticut
          December 19, 2006

                                          _____
                                          Lauren C. Davies

Sworn to and subscribed before me this
19th day of December 2006

_____
NOTARY PUBLIC

Commission Expires
Nov. 30, 2011

2