BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIPPER SHIPPING LINES LTD., <br><br> Plaintiff, <br><br> - against - <br><br> GLOBAL TRANSPORTE OCEANICO S.A., <br><br> Defendant. | 06 CV 15299 (PKL) <br><br> **FED. R. CIV. P. RULE 7.1** <br> **STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Date: New York, New York
      January 26, 2007

                                    Respectfully submitted,

                                    BLANK ROME LLP

                                    By: _____
                                        Jeremy J.O. Harwood
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 885-5000
                                        *Attorneys for Defendant*

900200.00001/6515682v.1