BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIPPER SHIPPING LINES LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>GLOBAL TRANSPORTE OCEANICO S.A.,<br><br>Defendant. | 06 CV 15299 (PKL) |

## **DECLARATION OF JEREMY J. O. HARWOOD**

JEREMY J. O. HARWOOD, an attorney admitted to practice before this Court, declares under penalty of perjury:

1.    I am a member of the law firm of BLANK ROME LLP, attorneys for the Defendant GLOBAL TRANSPORTE OCEANICO S.A. ("Global"), and am fully familiar with the facts and circumstances of this action based upon my personal knowledge and production of the documents referred to herein by our clients and their foreign lawyers.

2.  I attach as Exhibit 1 hereto a true copy of the "First Witness Statement of Rebecca King" dated September 19, 2006.

3.  I attach as Exhibit 2 hereto a true copy of a fax letter dated January 5, 2007 from Global's London solicitors to Plaintiff's London solicitors in respect of additional claims in the ICC arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day  
of January, 2007  
at New York, New York

*Jeremy Harwood*  
JEREMY J.O. HARWOOD