BLANK ROME, LLP
Attorneys for Defendant
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Jeremy J.O. Harwood (JH-9012)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIPPER SHIPPING LINES LTD., <br><br> Plaintiff, <br><br> - against - <br><br> GLOBAL TRANSPORTE OCEANICO S.A., <br><br> Defendant. | 06 CV 15299 (PKL) |

**AFFIDAVIT OF SERVICE BY FEDEX AND FAX**

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK )

The undersigned being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age. That on January 26, 2007, she caused to be served a true copy of the following documents:

> MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT GLOBAL TRANSPORTE OCEANICO S.A.'S COUNTERCLAIM FOR SECURITY FOR ITS ADMIRALTY COUNTERCLAIM UNDER RULE E(7) OF SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE CLAIMS OF THE FEDERAL RULES OF CIVIL PROCEDURE

900200.00001/6515673v.1

VERIFIED ANSWER AND COUNTERCLAIM UNDER ADMIRALTY RULE E(7) OF SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE CLAIMS OF THE FEDERAL RULES OF CIVIL PROCEDURE

DECLARATION OF JEREMY J. O. HARWOOD

FED. R. CIV. P. RULE 7.1 STATEMENT

by FedEx courier and fax upon:

> Nancy R. Peterson, Esq.
> Tisdale & Lennon, LLC
> 11 West 42nd Street
> Suite 900
> New York, NY 10036
> Tel: 212-354-0025
> Fax: 212-869-0067

_____
RENEE KINTZER

Sworn to before me this
26th day of January, 2007

_____
Notary Public
JEREMY J. O. HARWOOD
Notary Public, State of New York
No 31-4972021
Qualified in New York County
Commission Expires Sept. 17, 2007

2

900200.00001/6515673v.1