# MEMO ENDORSED

**BLANK ROME LLP**
COUNSELORS AT LAW

RECEIVED
CHAMBERS OF

JAN 29 2007

PETER K. LEISURE
USDJ/SDNY

Phone:  (212) 885-5149
Fax:    (917) 332-3720
Email:  JHarwood@BlankRome.com

January 26, 2007

**BY HAND**
Hon. Peter K. Leisure
United States District Judge
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/07

Re:  CLIPPER SHIPPING LINES LTD. v.
     GLOBAL TRANSPORTE OCEANICO S.A.
     06 CV 15299 (PKL)

Dear Judge Leisure:

We are attorneys for defendant Global Transporte Oceanico S.A. ("Global") in respect of the captioned Rule B action. Plaintiff has successfully attached a certain sum of Defendant's assets.

We have served by fax and courier today and electronically filed today Defendants' Rule E expedited papers seeking countersecurity. As the Court is aware Admiralty Rule E(4)(F) permits a "prompt hearing" which Local Rule E.1 further suggests be "within three court days, unless otherwise ordered." We would be grateful therefore if the Court would advise of its availability for a hearing on the application under Rule E. The undersigned has depositions on Monday, Wednesday and Thursday but is otherwise available as the Court may direct this week.

We respectfully enclose courtesy copies of the following documents:

(1) MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT GLOBAL TRANSPORTE OCEANICO S.A.'S COUNTERCLAIM FOR SECURITY FOR ITS ADMIRALTY COUNTERCLAIM UNDER RULE E(7) OF SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE CLAIMS OF THE FEDERAL RULES OF CIVIL PROCEDURE



Judge Peter K. Leisure
January 26, 2007
Page 2

    (2)    VERIFIED ANSWER AND COUNTERCLAIM UNDER ADMIRALTY RULE E(7) OF SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE CLAIMS OF THE FEDERAL RULES OF CIVIL PROCEDURE

    (3)    DECLARATION OF JEREMY J. O. HARWOOD

    (4)    RULE 7.1 STATEMENT

Respectfully submitted,

Jeremy J.O. Harwood

JJH:rk
Attachments

cc:    By Fax
    Nancy R. Peterson, Esq.
    Tisdale & Lennon LLC
    Fax: 212-869-0067

```
Defendant's motion is for security on its counterclaim
pursuant to Rule E(7) of the Supplemental Rules for Certain
Admiralty and Maritime Claims ("Supp. Rules"), not for an
order vacating an attachment pursuant to Rule E(4)(f) of
the Supplemental Rules. Accordingly, no Rule E(4)(f)
hearing is now scheduled. See Supp. Rule E(4)(f); Supp.
Rule E Advisory Committee's Notes to 1985 Amendment.
Opposition and reply papers, if any, are to be submitted as
specified by Local Civil Rule 6.1(b).

SO ORDERED.

New York, New York


February 6, 2007
```

                                                  Peter K. Leisure
                                                  U.S.D.J.

900200.00001/6515648v.1