BLANK ROME LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIPPER SHIPPING LINES LTD., <br><br> Plaintiff, <br><br> - against - <br><br> GLOBAL TRANSPORTE OCEANICO S.A., <br><br> Defendant. | 06 CV 15299 (PKL) |

## DECLARATION OF JEREMY J. O. HARWOOD

JEREMY J. O. HARWOOD, an attorney admitted to practice before this Court, declares under penalty of perjury:

1. I am a member of the law firm of BLANK ROME LLP, attorneys for the Defendant GLOBAL TRANSPORTE OCEANICO S.A. ("Global"), and am fully familiar with the facts and circumstances of this action based upon my personal knowledge and production of the documents referred to herein by our clients and their foreign lawyers.

900200.00001/6521192v.1

2.  I attach as Exhibit 1 hereto a true copy of my email dated February 9, 2007 to Plaintiff's counsel and his email reply of February 12, 2007.

3.  Global's London solicitors have advised me that Plaintiff filed an attachment action in Switzerland in respect of the same claims for which it seeks security here although they were not able to tell me the present amount, if any, attached in Switzerland.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day
of February, 2007
at New York, New York

                                                JEREMY J.O. HARWOOD

900200.00001/6521192v.1