# EXHIBIT 1





**Harwood, Jeremy J.O.**

---

**From:** Patrick Lennon [plennon@tisdale-lennon.com]

**Sent:** Monday, February 12, 2007 9:00 AM

**To:** Harwood, Jeremy J.O.

**Subject:** RE: Clipper v. GTO- T&L ref: 1543

Jeremy,

Just received your email this a.m. We have $154,000 (+) – i.e. whatever is set out in our papers. We continue to serve on a daily basis.

Regards,

Patrick F. Lennon
Tisdale & Lennon, LLC

NY - (212) 354-0025
CT - (203) 254-8474

*www.tisdale-lennon.com*

***NOTICE*** This message is being sent by a lawyer. It may contain attorney-client or attorney work-product information subject to legal privilege. If you receive this email in error, please notify the sender. Thank you.

---

**From:** Harwood, Jeremy J.O. [mailto:jharwood@BlankRome.com]
**Sent:** Friday, February 09, 2007 5:51 PM
**To:** Patrick Lennon
**Cc:** Harwood, Jeremy J.O.
**Subject:** RE: Clipper v. GTO- T&L ref: 1543

sorry returned the call and was tied up - how much have you attached and are you still serving on a daily basis ?

**Jeremy J.O. Harwood | Blank Rome LLP**
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5149 | Fax: 917.332.3720 | Email: JHarwood@BlankRome.com

---

**From:** Patrick Lennon [mailto:plennon@tisdale-lennon.com]
**Sent:** Friday, February 09, 2007 5:22 PM
**To:** Harwood, Jeremy J.O.
**Subject:** Clipper v. GTO- T&L ref: 1543

Jeremy,

I tried to get a hold of you today to see if we could stipulate on countersecurity, but we kept exchanging messages. Thus, I had no choice but to file an opposition memorandum to GTO's motion for countersecurity, a copy of which is attached to this email. Please let me know if you need a hard copy via regular mail.

Kind regards,

Patrick F. Lennon
Tisdale & Lennon, LLC

NY - (212) 354-0025
CT - (203) 254-8474

*www.tisdale-lennon.com*

***NOTICE*** This message is being sent by a lawyer. It may contain attorney-client or attorney work-product information subject to legal privilege. If you receive this email in error, please notify the sender. Thank you.

**********************************************************************************************************
**This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.**
**********************************************************************************************************

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

******************************************************************************