# BLANK ROME LLP
COUNSELORS AT LAW

Phone:  (212) 885-5149
Fax:    (917) 332-3720
Email:  JHarwood@BlankRome.com

## MEMO ENDORSED

May 15, 2007



**By Hand**

Hon. Peter K. Leisure
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   CLIPPER SHIPPING LINES LTD. v.
           GLOBAL TRANSPORTE OCEANICO S.A.
           06 CV 15299 (PKL)
           Our Ref. No.: 126822-00601

Dear Judge Leisure:

    We are attorneys for defendant Global Transporte Oceanico S.A. ("GTO"). The Court, by notice dated May 1, has scheduled a pre-trial conference on May 24, 2007. The undersigned has a hearing on motions in limine, prior to trial on June 11, in Atlanta, Georgia on that day. We respectfully request that the conference be re-scheduled and that the week of June 11 be avoided. Further, this action involves a Rule B security request in aid of London arbitration. Plaintiff's counsel will advise whether it is still serving the daily process of maritime attachments and garnishments, which it will need to counter secure in the event that they are successful. Otherwise, the matter is subject to London arbitration and we respectfully suggest that, subject to plaintiff's view, the matter be placed on the suspense docket pending the outcome of that arbitration.

5/23/07
SO ORDERED
*[signature]*
USDJ

Respectfully submitted,

*[signature]*
Jeremy J.O. Harwood

JJH:rk

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

126822.00601/6544021v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong



Judge Peter K. Leisure
May 15, 2007
Page 2


cc:   By Fax
      Tisdale & Lennon LLC
      Fax: 212-869-0067
              and
      Patrick F. Lennon, Esq.
      Lennon, Murphy & Lennon, LLC
      The Graybar Building
      420 Lexington Avenue, Suite 300
      New York, NY  10170
      Fax: 212-490-6070

126822.00601/6544021v.1