USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/07

# MEMO ENDORSED

## LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon – *pfl@lenmur.com* | Tide Mill Landing |
|---|---|---|
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

September 4, 2007



RECEIVED
CHAMBERS OF

SEP -5 2007

PETER K. LEISURE
USDJ/SDNY

**Via Hand Delivery**
U.S. District Judge Peter K. Leisure
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

    Re:    Clipper Shipping Lines Ltd. v. Global Transporte Oceanico S.A.
           Case No.:    06 CIV. 15299 (PKL)
           Our ref.:     07-1009

Dear Judge Leisure:

       We represent the interests of the Plaintiff, Clipper Shipping Lines Ltd., in the above referenced action. We write to your Honor with the consent of counsel for the Defendant, Global Transporte Oceanico S.A., who is reading herein by copy below. The parties have arranged for mutual exchange of security in London in lieu of the security in New York and seek to obtain the release of any funds restrained in this attachment action.

       As your Honor is aware, a Stipulation and Order Thereon *So Ordered* on April 23, 2007 directed that all garnishees that were restraining Defendant's funds in the sum of $155,359.57 were to deposit these funds into the Court's registry in an interest bearing account until further order. Additionally, the Plaintiff was directed to deposit into the Court's registry the sum of $155,359.57, as matching counter-security for the Defendant's counterclaim. As a result of the parties' settlement, all such funds should now be released to respective undersigned counsel.

       We have been advised by Citibank that when it attempted to proceed with a transfer of the funds which it is restraining that it received an error message advising that provided wire remittance details were incorrect. As a result, the $63,370.83 it restrained on or about December 22, 2006 remains at Citibank. We believe that the

$711.83 restrained by Bank of New York and the $91,227 restrained by ABN AMRO were successfully transferred into the Court's registry.

The parties respectfully request that your Honor 'So Order' or 'Memo Endorse' this letter directing the Clerk of Court to disburse whatever of Defendant's funds have been transferred into the Court's registry by Bank of New York and ABN AMRO and also disbursing the $155,359.57 of the Plaintiff's funds that were deposited in conformity with the aforesaid April 23, 2007 Order.

Finally, in order to effect the release of any other of the Defendant's funds that may be held at any other garnishees, including Citibank, we respectfully request that your Honor 'So Order' the enclosed Stipulation of Dismissal. We propose, however, the Stipulation of Dismissal be entered or filed once the parties confirm to the Court that all funds to be disbursed from the registry of the Court have been received.

Should your Honor have any questions or comments we are available to address the same at the convenience of the Court.

Respectfully submitted,

Kevin J. Lennon

KJL/bhs
Enclosure

cc:  *Via Facsimile (212) 885-5001*
     Jeremy J.O. Harwood, Esq.
     Blank Rome LLP
     The Chrysler Building
     405 Lexington Avenue
     New York, NY 10174-0208
     (212) 885-8500

```
The Clerk of Court is to disburse whatever of Defendant's funds
have been transferred into the Court's registry by Bank of New
York and ABN AMRO and also disburse the $155,359.57 of the
Plaintiff's funds that were deposited in conformity with this
Court's April 23, 2007 Order.

SO ORDERED.
New York, New York
September 5, 2007
```

U.S.D.J.

2