USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2007

# LENNON, MURPHY & LENNON, LLC — Attorneys at Law

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon – pfl@lenmur.com
Charles E. Murphy – cem@lenmur.com
Kevin J. Lennon – kjl@lenmur.com
Nancy R. Peterson – nrp@lenmur.com

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

September 11, 2007

<u>*Via Facsimile (212) 805-7913*</u>
U.S. District Judge Peter K. Leisure
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**MEMO ENDORSED**

Re: Clipper Shipping Lines Ltd. v. Global Transporte Oceanico S.A.
  Case No.: 06 CIV. 15299 (PKL)
  Our ref.: 07-1009

Dear Judge Leisure:

We represent the interests of the Plaintiff, Clipper Shipping Lines Ltd., in the above referenced action. We write to your Honor with respect to our letter dated September 4, 2007 that was 'So Ordered' by your Honor on September 5, 2007.

We understand that the Clerk of Court has inquired regarding how to treat accumulated interest on the funds that were deposited by Plaintiff into the registry of the Court. We request that the Clerk of Court be directed to release the $155,359.57 deposited into the registry *plus any accumulated interest* thereon in a draft made payable to our firm as trustee for Clipper Shipping Lines Ltd.

Should your Honor have any questions or comments we are available to address the same at the convenience of the Court.

Respectfully submitted,

*Kevin J. Lennon*

KJL/bhs

cc: <u>*Via Facsimile (212) 885-5001*</u>
Jeremy J.O. Harwood, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-8500

In addition to the funds to be released pursuant to this Court's September 5, 2007 Order, The Clerk of Court is to disburse any accumulated interest payable to Lennon, Murphy & Lennon, LLC as trustee for Clipper Shipping Lines Ltd.

**SO ORDERED.**
**New York, New York**
September *19*, 2007

_____
U.S.D.J.

2